Bruce W. Brewer, OSB No. 925581
brucebrewerusdccases@gmail.com
PO Box 421
West Linn, OR 97068
Phone: 503-621-6633
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **ALAN OWENS,** | Case No. 3:20-cv-00726-AC |
| Plaintiff, | |
| vs. | ORDER |
| **COMMISSIONER,** **of Social Security** **Administration,** | |
| Defendant. | |

Plaintiff prevailed, the parties have stipulated to this fee, and it is therefore ORDERED that Defendant shall pay Plaintiff an attorney fee under the Equal Access to Justice Act in the amount of $6,565.84, pursuant to 28 U.S.C. § 2412. Defendant is further ORDERED to pay the fee directly to Plaintiff's attorney by check made payable to Bruce Brewer and to send the check to him at PO Box 421, West Linn, OR 97068, unless Plaintiff has debt which qualifies for offset against the awarded fees pursuant to the Treasury Offset Program as discussed in <u>Astrue v. Ratliff</u>, 560 U.S. 586 (2010). If Plaintiff has such debt then the check for any remaining funds

ORDER FOR EAJA FEE - 1

after offset of the debt shall be made payable to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above. There are no costs or expenses to be paid herein.

Order signed July 7, 2021.

_____
The Honorable John V. Acosta
United States District Court Magistrate Judge

Prepared by:
Bruce Brewer
OSB #925581
PO Box 421
West Linn, OR 97068
503-621-6633